IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ERNEST E.R. FRANKLIN

INFORMATION

3:25-mj-23

_____/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about October 21, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**ERNEST E.R. FRANKLIN,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with S.J., an officer or employee of the United States, while engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

_____  
JASON R. COODY  
United States Attorney

January 10, 2025  
_____  
DATE

FILED USDC FLND PN
JAN 10 '25 PM 1:30